1

2  I HEREBY CERTIFY THAT THIS DOCUMENT WAS SERVED BY
   FIRST CLASS MAIL POSTAGE PREPAID, TO ~~ALL COUNSEL~~ Petitioner
3  ~~(OR PARTIES)~~ AT THEIR RESPECTIVE MOST RECENT ADDRESS OF
   RECORD IN THIS ACTION ON THIS DATE.

   DATED: 12-28-11

4

   DEPUTY CLERK


FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

DEC 28 2011

CENTRAL DISTRICT OF CALIFORNIA
BY                        DEPUTY

5

6

7

8

9          UNITED STATES DISTRICT COURT

10         CENTRAL DISTRICT OF CALIFORNIA

11  CHRISTOPHER LEE CRAMER,        ) Case No.   SACV 11-1055-JFW (JPR)
                                   )
12            Petitioner,          ) ORDER ACCEPTING FINDINGS
                                   ) AND RECOMMENDATIONS
13       vs.                       ) OF U.S. MAGISTRATE JUDGE
                                   )
14  KELLY HARRINGTON, Warden,      )
                                   )
15            Respondent.          )
    _____)

16

17       Pursuant to 28 U.S.C. § 636, the Court has reviewed the

18  Petition, records on file, and Report and Recommendation of the U.S.

19  Magistrate Judge.  No objections to the Report and Recommendation

20  have been filed.  The Court accepts the findings and recommendations

21  of the Magistrate Judge.

22       IT THEREFORE IS ORDERED that (1) Respondent's Motion to Dismiss

23  is granted, (2) the Petition is denied, and (3) Judgment be entered

24  dismissing this action without prejudice for failure to exhaust

25  state remedies.

26

27  DATED: December 28, 2011

28                                  _____
                                    JOHN F. WALTER
                                    UNITED STATES DISTRICT JUDGE